992

No. 558, Misc. Schrader v. Illinois. Supreme Court of Illinois. Certiorari denied.

No. 559, Misc. Nor Woods v. Teets, Warden, et al. Supreme Court of California. Certiorari denied.

No. 562, Misc. McKenna v. Nebraska. Supreme Court of Nebraska. Certiorari denied.

No. 565, Misc. Johnson v. Mayo, Prison Custodian. Supreme Court of Florida. Certiorari denied. *Frank D. Reeves* for petitioner.

No. 568, Misc. Williams v. Ragen, Warden. Supreme Court of Illinois. Certiorari denied.

No. 570, Misc. Winkler v. Claudy, Warden. Supreme Court of Pennsylvania, Western District. Certiorari denied.

No. 574, Misc. Hobson v. Cranor, Superintendent, Washington State Penitentiary. Supreme Court of Washington. Certiorari denied.

No. 578, Misc. Nicholson v. California. Supreme Court of California. Certiorari denied.

No. 579, Misc. Dunlap v. Texas. Court of Criminal Appeals of Texas. Certiorari denied.

No. 580, Misc. Ciraolo v. Pennsylvania et al. C. A. 3d Cir. Certiorari denied.